**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **UNITED STATES** *ex rel.* Patricia Lesko,<br><br>*Plaintiffs*,<br><br>v.<br><br>**METRO SOLUTIONS INC.,** ***et al.*****,**<br>*Defendants*. | **No. 2:23-cv-10911-TGB-KGA**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

**NOTICE OF DISMISSAL AS TO REMAINING DEFENDANT ALLEGHENY COLLEGE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Relator Patricia Lesko, by and through her undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that she voluntarily dismisses all claims in this matter against Defendant Allegheny College, the sole remaining Defendant in this matter. She thus dismisses this action in its entirety.

This dismissal shall be ***without prejudice*** as to Relator and as to the United States.

Relator is informed that the United States will promptly file its consent to this dismissal.

Date: November 11, 2026

Respectfully submitted,

**BROWN, LLC**

*/s/ Patrick S. Almonrode*
Patrick S. Almonrode
Jason T. Brown
111 Town Place Square, Suite 400
Jersey City, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*

*Attorneys for Relator Patricia Lesko*